# Court of Appeals
# of the State of Georgia

ATLANTA,   May 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1412.  RIDGES OF RABUN, LLC et al. v. FIRST AMERICAN BANK & TRUST COMPANY.**

This appeal was docketed in this court on March 15, 2012.  The appellants' brief, including enumerations of error, was due to be filed no later than April 4, 2012. Court of Appeals Rule 23 (a).  Appellants, however, have failed to file a brief. Accordingly, the above-captioned appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*